OPINION — AG — ** COUNTY ELECTION BOARD — EMPLOY CLERK ** ANY MEMBER TO VOTE TO EMPLOY AS CLERK A PERSON WHOM HE KNOWS TO BE RELATED BY CONSANGUINITY WITHIN THE THIRD DEGREE TO THE SECRETARY OF THE BOARD WOULD BE IN VIOLATION OF 21 O.S. 481 [21-481], SAME BEING PART OF THE LAW RELATING TO NEPOTISM. (NEPOTISM, RELATIONSHIP, COUNTY OFFICER) CITE: 21 O.S. 481 [21-481] 26 O.S. 24 [26-24](A) (FRED HANSEN)